No. 00–5058.  PATEL *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT. OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 00–5059.  SIAS *v.* LEBLANC, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 00–5061.  BOURGEOIS *v.* MALONEY, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTION, ET AL.  C. A. 1st Cir. Certiorari denied.

No. 00–5062.  MCEVOY *v.* STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00–5063.  REITER *v.* O'BRIEN ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 00–5064.  RIGGS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 00–5065.  BUSH *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 00–5066.  GORHAM *v.* TRANSIT WORKERS UNION OF AMERICA, AFL–CIO, LOCAL 100, NYCTA.  C. A. 2d Cir.  Certiorari denied.

No. 00–5070.  HEARD *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 00–5071.  HARRIS *v.* SOUTH DAKOTA.  Sup. Ct. S. D.  Certiorari denied.

No. 00–5072.  GILLIANS *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 00–5074.  HUDSPETH *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 00–5075.  DANIELS *v.* WOOTEN, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 00–5076.  GROCE *v.* CRAWFORD, WARDEN.  C. A. 9th Cir. Certiorari denied.